1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Sergei. Ananyan* | ) | |
| *Irina Shishova* | ) | Case No. |
| 120 W 7th St. Ste 310 | ) | |
| Bloomington, IN 47404 | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | |
| | ) | |
| *Peter D. Keisler,* U.S. Attorney General | ) | COMPLAINT FOR WRIT IN THE |
| *Jeffrey A. Taylor,* U.S. District Attorney; | ) | NATURE OF MANDAMUS & |
| *Michael Chertoff,* Secretary of the DHS; | ) | DECLARATORY JUDGEMENT |
| *Jonathan "Jock" Scharfen*, Acting Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| *Donald Ferguson*, Indiana District Director, | ) | |
| Indianapolis, U.S. Citizenship and | ) | |
| Immigration Services; | ) | |
| *Robert S. Mueller*, Director of Federal | ) | |
| Bureau of Investigation; | ) | |
| | ) | |
| **Defendants** | ) | |

COMES NOW, Sergei Ananyan and Irina Vladimir Shishova, Plaintiffs in the above-caption matter, and hereby state as follows:

1.  This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Applications to Adjust to Permanent Resident Status for Plaintiffs, Sergei Ananyan and Irina Shishova. The applications were filed and remain within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiffs' detriment.

## PARTIES

2.  Plaintiffs, Sergei Ananyan (A#099343630) residing at 120 W 7th St. Ste 310 Bloomington, IN 47404, is the applicants of an I-485, Application for to Adjust to Permanent Resident

Status, filed with the USCIS.

3.    Joint Plaintiff, Irina Shishova (A#099345631), residing at 3971 Ironwood Court, Bloomington, IN 47404, IN, 47404, is the derivative beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS. Rule 20 of the Fed. Rules of Civil Procedure.

4.    Defendant Peter D. Keisler is U.S. Attorney General, who has the "sole authority to naturalize persons as citizens of the United States. 8 U.S.C. §1421.  This action is brought against him in his official capacity.

5.    Defendant Jeffrey A. Taylor is the United States Attorney for the District of Columbia.  As the chief federal law enforcement officer for the District, he supervises litigation of USCIS matters in which the federal government has an interest. 8 U.S.C. § 1329.

6.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS.  8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

7.    Defendant Emilio Gonzales is the Acting Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision.  Defendant Director is generally charged with the overall administration of benefits and immigration services.  8 C.F.R. §100.2(a).

8.    Defendant Donald Ferguson, USCIS Indiana, Indianapolis District Director, is an official of

Case No.:
COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

the USCIS generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here.    8 C.F.R. §100.2(d)(2)(II).  As will be shown, Defendant Director is the official with whom Plaintiff's naturalization application remains pending.

9.    Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State.  As will be show, Defendant has failed to complete the security clearances on Plaintiff's cases.

### JURISDICTION

10.    Jurisdiction in this case is proper under the 28 USC §§1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

### VENUE

11.    Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where Defendant is located and performs his official duties.

### EXHAUSTION OF REMEDIES

12.    The Plaintiff has exhausted his administrative remedies.  The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to become a permanent resident of the U.S.

### STATEMENT OF FACTS

13.    Megaputer Intelligence, Inc., current employer for the Plaintiff, has filed a petition for Immigrant Worker based on extraordinary abilities for Dr. Ananyan on February 28, 2006.

Case No.:
COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

The petition was approved on April 11, 2007.  **(Exhibit 1).**

14.    The Plaintiff and his spouse have properly filed an application I-485, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act. (LIN0610751249 and LIN0610751259).  **(Exhibit 2).**

15.    On May 18, 2006 the Plaintiffs were fingerprinted and on August 24, 2007 they were examined.  **(Exhibit 3, 4).**

16.    Despite Dr. Ananyan's numerous inquiries with the USCIS, the petitions remain pending almost two years since the date of filing and one year since the date of the examination.  The case was transferred from the service center to the local office in Indianapolis, IN. **(Exhibit 5).**

17.    In February of 2008, Dr. Ananyan had to instigate status inquiry through counsel, Elizabeth Krukova.  The phone call was made to USCIS from the office of the attorney; however, no response or inquiry receipt letter has followed.  Another inquiry was made on April 11, 2008 (confirmation #T1B1020800319NSC).  The USCIS officer indicated that the response should have come within 45 days.  However, only the official letter for the inquiry receipt was issued by USCIS in July 30, 2008 – almost four months since the date of the inquiry **(Exhibit 6).**

18.    Frustrated by the wait and the lack of results, Dr. Ananyan had to seek help with the Senator's office to find out about his lagged status of the case.  In May 14, 2008, Dr. Ananyan through counsel has mailed a letter to the U.S. Senator Richard G. Lugar. **(Exhibit 7).**

19.    On June 17, 2008, a Senator's assistant, Ms. Susan Brouillette contacted the office of

Case No.:
COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

Elizabeth Krukova and suggested to write an official e-mail to the Senator.  The e-mail was sent to Ms. Susan Brouillette on June 20, 2008.  On July 25, 2008 Ms. Brouillette has responded, indicating that the inquiry was made through the Senator's office with the Indianapolis Field Office.  **(Exhibit 8).**

20.  As of today's date, August 25, 2008 the case is still pending and we haven't received any results of the inquiries.

### CAUSE OF ACTION

21.  The defendants have failed to properly adjudicate this petition.  They have failed to adhere to their own regulations and have improperly delayed the processing of the plaintiff's I-485 petition after the Plaintiff had submitted a properly executed application.  It has been almost two years since the Plaintiff filed his I-485, and the defendants have taken an unreasonable amount of time to adjudicate his the petition, thereby depriving him of the right to become a permanent resident of the United States.

22.  Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

23.  Defendant's delay in this case is, as a matter of law, arbitrary and not in accordance with the law.  Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving Plaintiff of the rights to which he is entitled.

24.  The Plaintiff is an alien of extraordinary abilities.   He is an internationally acclaimed scientist, a scholar and inventor, serving as a Chief Scientist and CEO of Megaputer Intelligence, Inc., a leading developer and distributor of advanced software tools for data mining, text mining, fraud detection and investigation.  His numerous contributions to the US

Case No.:
COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

and world-wide technology, economics and academic fields are innumerable.

25. The Plaintiff and his spouse have been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Specifically, Plaintiff Specifically, Plaintiff Sergey Ananyan and Irina Shishova have been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as citizens of the United States.

26. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

27. The Plaintiff has provided sufficient evidence of his attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiff has been forced to retain the services of his attorney to pursue the instant action.

## PRAYER

28. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

   a. Requiring Defendants to properly adjudicate Plaintiff's application for adjustment of status;

   b. Requiring Defendants to provide the Plaintiff with a Notice of Approval;

   c. Awarding Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act.

   d. Granting such other relief at law and in equity as justice may require.

6

1

Dated:  August 25, 2008

2

Respectfully submitted,

3

4

_____
Elizabeth Krukova, Esquire
Bar # MD16979
Attorney for Sergey Ananyan,
Irina Shishova
National Capital Legal Services
150 S. Washington St., Ste. 202
Falls Church, VA 22046
Phone: (703) 534-5588
Fax: (703)-534-5585
ekrukova@ncls-inc.com

5

6

7

8

9

10

## LIST OF ATTACHMENTS

11

*Exhibit*          *Description*

12

1. Approval notice form I-797C for I-140, Immigrant Worker Petition.
2. Form I-797 Notices of Action forms for I-485, Application to Adjust to Permanent Resident Status for the Plaintiffs.
3. Form I-797C, Notice of Action for the fingerprints appointment for the Plaintiff and his spouse.
4. Interview appointment letters for August 24, 2007 for Plaintiff and his spouse.
5. Case Status printout from www.uscis.gov indicating that the case is currently pending at Indianapolis office.
6. Inquiry receipt letter issued by USCIS to the Attorney's paralegal regarding the case inquiry of April 11, 2008.
7. Letter to the U.S. Senator Richard G. Lugar dated may 14, 2008.
8. Electronic Communication between the Plaintiffs' attorney, Ms. Elizabeth Krukova and Susan Brouillette.

13

14

15

16

17

18

19

20

21

22

7

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-06-107-51230 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| --- | --- | --- |
| RECEIPT DATE<br>March 1, 2006 | PRIORITY DATE<br>February 28, 2006 | PETITIONER<br>MEGAPUTER INTELLIGENCE INC |
| NOTICE DATE<br>April 11, 2006 | PAGE<br>1 of 1 | BENEFICIARY  A099 345 630<br>ANANYAN, SERGEI M. |

| | |
| --- | --- |
| ELIZABETH KRUKOVA ESQ<br>IMMIGRATION CAPITAL LEGAL SERVICES<br>150 S WASHINGTON ST STE 202<br>FALLS CHURCH VA 22046 | Notice Type:  Approval Notice<br>Section: Alien of Extraordinary<br>          Ability, Sec.203(b)(1)(A) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form
I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with
appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be
obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



*Ex 1*

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** LIN-06-107-51249 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** February 28, 2006 | **PRIORITY DATE** | **APPLICANT** A99 345 630 ANANYAN, SERGEI M. |
| **NOTICE DATE** March 1, 2006 | **PAGE** 1 of 1 | |

ELIZABETH KRUKOVA ESQ
IMMIGRATION CAPITAL LEGAL SERVICES
150 S WASHINGTON ST STE 202
FALLS CHURCH VA 22046

**Notice Type:** Receipt Notice

**Amount received:** $ 395.00
**Section:** Adjustment as direct
beneficiary of immigrant
petition

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT -
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**





Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** LIN-06-107-51259 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** February 28, 2006 | **PRIORITY DATE** | **APPLICANT** A99 345 631 SHISHOVA, IRINA V. |
| **NOTICE DATE** March 1, 2006 | **PAGE** 1 of 1 | |

ELIZABETH KRUKOVA ESQ
IMMIGRATION CAPITAL LEGAL SERVICES
150 S WASHINGTON ST STE 202
FALLS CHURCH VA 22046

**Notice Type:**  Receipt Notice

**Amount received: $  395.00**

**Section:** Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status.  Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates.  For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.  You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing.  This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**





Form I-797C (Rev. 01/31/05) N

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER LIN0610751259 | | | NOTICE DATE 5/4/2006 |
|---|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A099345631 | | CODE 3 |
| | TCR | SERVICE CENTER NSC | | PAGE 1 of 1 |

IRINA VLADIMIR SHISHOVA
c/o ELIZABETH   KRUKOVA ESQ
IMMIGRATION CAPITAL LEGAL SERVICES
150 S WASHINGTON ST STE 202
FALLS CHURCH, VA 22046



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS INDIANAPOLIS | 05/18/2006 |
| 950 N. MERIDIAN STREET | 11:00 AM |
| INDIANAPOLIS, IN 46204 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

APPLICATION NUMBER 1

I485    -  LIN0610751259



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

*Ex 3a*

Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | |
|---|---|
| **APPLICATION NUMBER** | LIN0610751249 |

| **NOTICE DATE** |
|---|
| 5/4/2006 |

| **CASE TYPE** |
|---|
| I485  Application to Register Permanent Resident or Adjust Status |

| **SOCIAL SECURITY NUMBER** | **USCIS A#** | **CODE** |
|---|---|---|
| 231613289 | A099345630 | 3 |

| **TCR** | **SERVICE CENTER** | **PAGE** |
|---|---|---|
| | NSC | 1 of 1 |

SERGEI MIKHAIL ANANYAN
c/o ELIZABETH   KRUKOVA  ESQ
IMMIGRATION CAPITAL LEGAL SERVICES
150 S WASHINGTON ST STE 202
FALLS CHURCH, VA 22046



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS INDIANAPOLIS | 05/18/2006 |
| 950 N. MERIDIAN STREET | 11:00 AM |
| INDIANAPOLIS, IN 46204 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**APPLICATION NUMBER 1**
I485  -  LIN0610751249



If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Ex 36

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**950 N. MERIDIAN STREET**
**INDIANAPOLIS, INDIANA 46204**


*IMMIGRATION CAPITAL LEGAL SERVIC*
*ATTN: ELIZABETH KRUKOVA, ESQ*
*150 S. WASHINGTON ST., STE. 202*
*FALLS CHURCH, VA 22046*

FILE NUMBER: *A   99 345 630*
DATE:   *08/24/2007*

RE:   *SERGEI ANANYAN*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:               *950 N. MERIDIAN STREET, 400*
                               *INDIANAPOLIS, IN 46204*

DATE AND TIME:                 *10/29/2007*
                               *1 : 00 PM*

OFFICER:

                               *IMMIGRATION EXAMINER*

REASON FOR APPOINTMENT:        *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

<u>PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.</u>

☒  THIS LETTER, YOUR PASSPORT, YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY

☐  MEDICAL EXAM RESULTS, FORM I-693.  APPEAR EVEN IF NOT COMPLETED

☐  A CURRENT LETTER OF EMPLOYMENT

☐  A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
    PAY AND HOURS PER WEEK

☐  YOUR SPOUSE

☐  EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE PHOTOS)

☒  SEE ATTACHED

*Ex 4a*

ATTORNEY NOTIFIED:  *IMMIGRATION CAPITAL LEGAL SERVIC*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**950 N. MERIDIAN STREET**
**INDIANAPOLIS, INDIANA 46204**

*IMMIGRATION CAPITAL LEGAL SERVIC*
*ATTN: ELIZABETH KRUKOVA, ESQ*
*150 S. WASHINGTON ST., STE. 202*
*FALLS CHURCH, VA 22046*

FILE NUMBER: *A  99 345 631*
DATE:  *08/24/2007*

RE:  *IRINA SHISHOVA*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:          *950 N. MERIDIAN STREET, 400*
                          *INDIANAPOLIS, IN 46204*

DATE AND TIME:            *10/29/2007*
                          *1 : 00 PM*

OFFICER:                  *IMMIGRATION EXAMINER*

REASON FOR APPOINTMENT:    *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

**PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.**

[X] THIS LETTER, YOUR PASSPORT, YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY

[ ] MEDICAL EXAM RESULTS, FORM I-693.  APPEAR EVEN IF NOT COMPLETED

[ ] A CURRENT LETTER OF EMPLOYMENT

[ ] A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF PAY AND HOURS PER WEEK

[ ] YOUR SPOUSE

[ ] EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE PHOTOS)

[X] SEE ATTACHED

*Ex 4b*

ATTORNEY NOTIFIED:  *IMMIGRATION CAPITAL LEGAL SERVIC*

# Case Status Search

Receipt Number:    LIN0610751249

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
ADJUST STATUS

Current Status:
Case Transfered to Another Office for Processing

On June 13, 2007, we transferred this case I485 APPLICATION TO REGISTER PERMANENT
RESIDENCE OR TO ADJUST STATUS to our INDIANAPOLIS, IN location for processing and
sent you a notice explaining this action. Please follow the instructions provided on the notice. We
will notify you by mail when a decision is made. If you move while this case is pending, call
customer service at 1-800-375-5283 to update your address. You can use our processing dates
to estimate when your case may be processed by following the link below. You can also receive
automatic e-mail updates as we process your case by registering in the link below.

---

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

*Ex 5*



**U.S. Department of Homeland Security**
Gateway Plaza Building
950 North Meridian Street, Room 400
Indianapolis, IN 46204-3915

**U.S. Citizenship
and Immigration
Services**

Wednesday, July 30, 2008

NATIONAL CAPITAL LEGAL SERVICES

**ATTORNEY/PARALEGAL COPY**

SERGEI ANANYAN
150 SOUTH WASHINGTON  SUITE 22, C/O NATIONAL CAPITAL LEGAL SERVICES

FALLS CHURCH VA 22046

Dear Sergei Ananyan:

On 04/11/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Kozlova, Lena |
| **Caller indicated they are:** | Paralegal for Applicant/Petitioner's Atty or Rep |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 02/23/2006 |
| **Receipt #:** | LIN-06-107-51249 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A000000000 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Your case is currently under review.  You should receive a decision or notice of other action within 90-120 days of the date of this letter.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-30-2008 03:33 PM EDT - LIN-06-107-51249

*Ex 6*



Immigration Capital
Legal services

# National Capital Legal Services

150 S. Washington St., Suite 202
Falls Church, VA 22046
Tel: (703) 534-5588
Fax: (703) 534-5585
www.ncls-inc.com

**Elizabeth Krukova
(NY, VA & MD
Bar)
Veronika
Metonidze (VA
Bar)**

May 14, 2008

U.S. Senator Richard G. Lugar

306 Hart Senate Office Building
Washington, D.C. 20510-1401

RE: *Sergei Ananyan*
*Form I-485*
*File Number LIN0610751249*

Dear Senator,

We kindly ask your assistance with regard to one of our clients, Mr. Sergei Ananyan, whose case of adjustment of status, based on employment, is not acted upon by U.S.C.I.S. officials.

Mr. Ananyan, a well-known scientist, was certified by U.S.C.I.S. as a person of outstanding abilities and is a President of Megaputer Intelligence, Inc., Bloomington, IN. Mr. Ananyan successfully passed the U.S.C.I.S. interview; however, his background check got stuck in the bureaucratic network of DHS/FBI.

All of our inquiries regarding his case were left without answers whatsoever including the last one made on April 11, 2008 (Confirmation Number #T1B1020800319NSC).

Last time our office answered Request for Evidence on December 19, 2006 (Please see attached correspondence)

According to the U.S.C.I.S. website, on June 2007 Dr. Ananyan's case was transferred to Indianapolis, IN, for further processing (See attached print-out from U.S.C.I.S. website). **This information has not been changed yet.**

7007 3020 0002 3014 0627

*Ex 7c*

As a practicing attorney with over 10 years of immigration practice, I must admit that unfortunately, this is not uncommon, when USCIS officials act irresponsibly. Very often important documents are misplaced or lost. I think it's time to address the issue to a high authority such as yourself in order to decrease inconvenience of hundreds of people in the same situation.

If further documentation is required at this time, please contact me at (703) 534-5588 or by fax (703) 534-5585 or at law@immigrationcapital.com. Thank you for your time.

With appreciation and hope to get help for our client

Elizabeth Krakeva, Esq.

Enclosures

Ex 7b

## Dasha Barmina

| | |
|---|---|
| **From:** | Elizabeth Krukova [ekrukova@ncls-inc.com] |
| **Sent:** | Friday, July 25, 2008 11:36 AM |
| **To:** | Dasha Barmina |
| **Cc:** | Sergei Ananyan |
| **Subject:** | Fw: Dr. Sergei Ananyan - LIN0610751249 |

----- Original Message -----
**From:** Brouillette, Susan (Lugar)
**To:** Elizabeth Krukova
**Sent:** Friday, July 25, 2008 10:40 AM
**Subject:** RE: Dr. Sergei Ananyan - LIN0610751249

Dear Ms. Krukova,

I wanted to touch base with you and let you know that I made an inquiry with the Indianapolis Field Office of US Citizenship and Immigration Services regarding your client's case. I will let you know when I receive additional information. Please reply to **this** e-mail message if you have not heard from me in a week.

In the meantime, please call me if you have any questions. Thank you.

Sincerely,

Susan Brouillette
Office of Senator Richard Lugar
1180 Market Tower
10 West Market Street
Indianapolis, IN 46204-2964
Phone (317) 226-5555
Fax (317) 226-5508
susan_brouillette@lugar.senate.gov

For more information about Senator Lugar, please go to: http://lugar.senate.gov.
For more information about energy security, please go to: http://lugar.senate.gov/energy.

---

**From:** Elizabeth Krukova [mailto:ekrukova@ncls-inc.com]
**Sent:** Friday, June 20, 2008 3:31 PM
**To:** Brouillette, Susan (Lugar)
**Subject:** Dr. Sergei Ananyan - LIN0610751249

Dear Senator Lugar,
We kindly ask for your assistance in resolving the delay with the green card petition for one of our clients, Dr. Sergei Ananyan.
Dr. Ananyan is one of those very few individuals who have risen to the very top in their field. He is an internationally acclaimed scientist and is one of the leading experts in the area of data mining and artificial technology. Dr. Ananyan is a Chief Scientist and CEO of Megaputer Intelligence, Inc., a leading developer and distributor of advanced software tools for data mining, text mining, and fraud detection and investigation. He represents the company at national and international conferences, delivering talks on new machine learning techniques and on best practices of applying cutting edge

8/25/2008                    *Ex 89*

analytic techniques in various industries. His major contribution in the field is PolyAnalyst™ - cutting edge analytic system, which is widely used in the US and world-wide. It became an essential tool for Federal Aviation Administration (FAA), National Transportation Safety Board (NTSB), International Air Transport Association (IATA), and Southwest Airlines, National Center for Patient Safety (NCPS) of Department of Veterans Affairs (VA), Electronic Data Systems (EDS), Hewlett-Packard (HP) and the US Navy, to name the few.

In addition, he serves as a member of International Advisory Panel and is refereeing submitted academic papers and recommending best papers for inclusion in the conference agenda for international conferences on data and text mining. Dr. Ananyan also holds membership in Global Aviation Information Network (GAIN) – an association composed of the most distinguished Scholars or Pilots in the field. He has over 20 articles in major publications including Journal of Safety Research, National Safety Council and Pergamon Press; Journal of Business Intelligence; Physical Review C; Prentice Hall; WIT Press; DM Review magazine; PCAI and many others. You can also find numerous published materials about Dr. Ananyan in leading publications such as Government Computer News (GCN); his profile appears in numerous programs, forums and conference materials on artificial intelligence technology. He has been invited to speak at over 20 conferences on data mining in the US and around the world.

As you can see, his skills are unique, he is not only a scholar, scientist, and inventor, but he also possesses unique business managerial skills. Megapuger Intellingence, Inc. has filed a petition for Immigrant Worker based on extraordinary abilities for Dr. Ananyan and it was approved on April 11, 2006. The petition was filed concurrently with I-485, Application to Register Permanent Residency on February 27, 2006 and was interviewed on August 24, 2007 (almost a year ago). The petition is still in the air as of this date. All of our inquiries regarding his case did not bring any results and it remains to be pending because of the background check (almost two years since he applied). At this point, we do not have choice but to address the issue to you as our last resort.

Elizabeth Krukova, Esq.
Attorney at Law, admitted NY, VA, MD
National Capital Legal Services
150 S. Washington St., 202
Falls Church VA 22046
Tel: (703) 534-5588
www.ncls-inc.com

No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.5.6/1572 - Release Date: 7/25/2008 6:51 AM

8/25/2008

Ex 8b

E 08-1514 CKK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS

Sergei Ananyan, Irina Shishova

## DEFENDANTS

Peter D. Keisler, Jeffrey A. Taylor, Michael Chertoff, Jonathan "Jock" Scharfen, Donald Ferguson, Robert S. Mueller

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

National Capital Legal Services, Inc., 150 S. Washington St., Ste. 202, Falls Church, VA 22046

Case: 1:08-cv-01514
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/28/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O 1 U.S. Government Plaintiff
O 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
O 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | ◉ 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | ◉ 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### O A. Antitrust
☐ 410 Antitrust

### O B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### O C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### O D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ◉ E. General Civil (Other)   OR   O F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment**<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions**<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans**<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting**<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ **1 Original Proceeding**  ○ **2 Removed from State Court**  ○ **3 Remanded from Appellate Court**  ○ **4 Reinstated or Reopened**  ○ **5 Transferred from another district (specify)**  ○ **6 Multi district Litigation**  ○ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
writ of mandamus (Permanent Residence Application Delay) 5 U.S.C. 701    *28 USC 1361  Writ /mandamus*

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** _____ | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

**DATE** 08/28/2008    **SIGNATURE OF ATTORNEY OF RECORD** _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.